IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY OLIVER, and** | : | **CIVIL ACTION** |
| **RENA SINAKIN OLIVER, h/w,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 12-4613 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND** | : | |
| **SECURITY,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of August, 2014, upon consideration of Defendant's Motion for Summary Judgment" (doc. no. 16) and Plaintiffs' response, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Judgment is hereby entered in favor of Defendant.

**IT IS FURTHER ORDERED** that Defendant's "Second Motion to Compel Discovery" (doc. no 15), "Motion in Limine to Exclude, or in the Alternative Limit the Testimony of Plaintiff's Proposed Expert Edward Chadrow" (doc. no. 26), and "Motion in Limine to Exclude, or in the Alternative Limit the Testimony of Plaintiff's Proposed Expert Mary J. Prietz" (doc. no. 34) are **DENIED as moot**.

The Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**